# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KELLY ANN RODRIGUEZ-FLANNERY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) |
| THE OFFICES OF BYRON & DAVIS CCCC, INC., | ) **Case No.: 1:13-cv-422-GMS** ) ) |
| Defendant. | ) ) ) ) |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice without fees and cost to either party, other than as agreed to by the parties.

| /S/ Tabatha L. Castro | /S/ W. Christopher Componovo |
|---|---|
| Tabatha L. Castro | W. Christopher Componovo |
| The Castro Firm, Inc. | Attorney ID 3234 |
| 1719 Delaware Avenue | Kimmel & Silverman, P.C. |
| Wilmington DE 19806 | Silverside Carr Executive Center |
| Phone: (302) 225-5700 | Suite 118, 501 Silverside Road |
| Email: tabatha@thecastrofirm.com | Phone: (302) 791-9373 |
| | Fax: (302) 791-9476 |
| Attorney for the Defendant | Attorney for the Plaintiff |
| Date: December 12, 2013 | Date: December 12, 2013 |

BY THE COURT:

_____
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certified that on December 12, 2013 I electronically filed the foregoing document by using the CM/ECF system, which will send notification to the following:

Tabatha L. Castro
The Castro Firm, Inc.
1719 Delaware Avenue
Wilmington DE 19806
tabatha@thecastrofirm.com

*/s/ W. Christopher Componovo*
W. Christopher Componovo
Attorney ID 3234
Kimmel & Silverman, P.C.
Silverside Carr Executive Center
Suite 118, 501 Silverside Road
Phone: (302) 791-9373