UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KELLY ANN RODRIGUEZ-FLANNERY, )
)
      Plaintiff, )
      v. )
THE OFFICES OF BYRON & DAVIS ) Case No.: 1:13-cv-422-GMS
CCCC, INC., )
)
      Defendant. )
)
)

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice without fees and cost to either party, other than as agreed to by the parties.

| | |
|---|---|
| /S/ Tabatha L. Castro | /S/ W. Christopher Componovo |
| Tabatha L. Castro | W. Christopher Componovo |
| The Castro Firm, Inc. | Attorney ID 3234 |
| 1719 Delaware Avenue | Kimmel & Silverman, P.C. |
| Wilmington DE 19806 | Silverside Carr Executive Center |
| Phone: (302) 225-5700 | Suite 118, 501 Silverside Road |
| Email: tabatha@thecastrofirm.com | Phone: (302) 791-9373 |
| | Fax: (302) 791-9476 |
| Attorney for the Defendant | Attorney for the Plaintiff |
| Date: December 12, 2013 | Date: December 12, 2013 |

BY THE COURT:

_____
United States District Judge